UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60791-CIV-DIMITROULEAS

JOHN "JACK" HANEY,

    Plaintiff,

vs.

STARBOARD YACHT GROUP, LLC, and
JAKE STRATMANN,

    Defendant.

_____/

### ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Joint Renewed Motion for Order Approving Settlement Agreement, and for Dismissal with Prejudice with the Court Reserving Jurisdiction to Determine Reasonable Attorneys' Fees, Costs, and Litigation Expenses [DE 38] ("Motion"). The Court has carefully considered the Motion and the Settlement Agreement [DE 40-1] and is otherwise fully advised in the premises.

Having reviewed the relevant terms of the Settlement, the Court approves the Settlement Agreement as a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *See Lynn's Food Stores, Inc. v. U.S. Dep't. of Labor,* 679 F.2d 1350, 1355 (11th Cir.1982).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Motion [DE 38] is **GRANTED**.
2. The Settlement Agreement [DE 38-1] is hereby **APPROVED**.
3. This case is **DISMISSED WITH PREJUDICE**.

4. The Court reserves jurisdiction to enforce the settlement agreement and to adjudicate the Parties' attorney's fees and costs.

5. A motion for attorney's fees and costs shall be filed on or before **October 14, 2020.**

6. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of September, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record